No. 2557. TORRES, APPELLANT, *v.* MUNICIPAL ASSEMBLY OF GUAYAMA, APPELLEE. — District Court of Guayama. Certiorari. Decided June 15, 1922. The errors assigned having

been considered recently in the cases of *Sucrs. of C. & J. Fantauzzi* v. *Municipal Assembly of Arroyo* and *Mayagüez Show Company* v. *Municipality of Mayagüez*, decided April 28, 1922, and *García* v. *Municipal Assembly of Cayey*, decided May 12, 1922, on the grounds of these decisions the judgment is *affirmed*.